Case 1:11-cv-01699-ARR-VVP Document 17 Filed 08/14/12 Page 1 of 2 PageID #: 46

08/10/2012 15:22 FAX 2125807245 PK&A 001/004
Case 1:11-cv-01699-ARR-VVP Document 16 Filed 08/13/12 Page 1 of 2 PageID #: 44

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DAVID ABOKSIS and JUNE ABOKSIS,

        Plaintiffs,

  -against-

MARRIOTT INTERNATIONAL, INC.,

        Defendant.

---------------------------------------------------------------X

BROOKLYN OFFICE

STIPULATION OF
DISMISSAL

CV-11-1699 (ARR) (ALC)

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action having been settled be, and the same hereby is dismissed, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated:    New York, NY
          August 10, 2012

_____
Mitchell Berman, Esq. (3674)
PHILLIPS, KRANTZ & ASSOCIATES, LLP
Attorneys for Plaintiffs
DAVID ABOKSIS and JUNE ABOKSIS
204 West 84th Street
New York, NY 10024
(212)580-6500

_____
Robert Weissman, Esq.
Saretzky Katz Dranoff & Glass, LLP
Attorneys for Defendants
MARRIOTT INTERNATIONAL, INC.
475 Park Avenue South
New York, New York 10016
(212) 973-9797

So ordered.

/s/(ARR)

Docket No.: 11-CV-1699 (ARR) (ALC)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAVID ABOKSIS and JUNE ABOKSIS,

Plaintiffs,

- against -

MARRIOTT INTERNATIONAL, INC.,

Defendant.

## STIPULATION OF DISMISSAL

Saretsky Katz Dranoff & Glass, L.L.P.
Attorneys for Defendant

*Office and Post Office Address:*
475 Park Avenue South, 26th floor
New York, New York 10016
Phone: (212) 973-9797
FAX: 212-973-0939

To:
Attorney(s) for

Service of a copy of the within                          is hereby admitted.
Dated:

　　　Attorney(s) for

Sir: Please take notice
☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
　NOTICE OF SETTLEMENT                                                20__
that an Order                      of which the within is a true copy will be presented for settlement to the
Hon.                   , one of the judges of the within named Court at
on the   day of      20__ at    A.M. / P.M.

Dated,
COMPLIANCE PURSUANT TO 22 NYCRR §130-1.1-a
To the best of the undersigned's knowledge, information and belief formed after an inquiry reasonable under the
circumstances, the within document(s) and contentions contained herein are not frivolous as defined in 22 NYCRR
§130-1.1-a.